**No. 40715.**—Protest 883603–G of Hughes Fawcett, Inc. (New York).

Opinion by CLINE, J.   It appeared that each bale had two paper tags attached with string and that the tags contained the words "Made in Scotland."   On the authority of Abstract 39549 the protest was sustained.

**No. 40716.**—Protest 950569–G of Erich Greiffenhagen (New York).

Opinion by CLINE, J.   Following *Mitsui* v. *United States* (T. D. 49357) and Abstracts 36282, 36751, 36752, and 36804 the court held that Paris was not sufficient as a marking on merchandise from France.   The protest was therefore overruled.

**No. 40717.**—Protest 955242–G of Nathan Mibley (Los Angeles).

Opinion by CLINE, J.   There was no appearance on the part of the plaintiff in this case and the protest was overruled on the record presented.

**No. 40718.**—Protest 877118–G of Abraham & Straus (New York).

Opinion by CLINE, J.   The protest was submitted without the introduction of evidence in support of the claims made.   On the record presented it was overruled.

**No. 40719.**—Protest 801173–G (E) of John David (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 40720.**—Protests 936858–G, etc., of Cluff & Pickering, Ltd., et al. (Baltimore, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40721.**—Protests 951211–G/10857, etc., of National Pulp & Paper Co. et al. (New Orleans, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.